IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Hayward L. Rogers, #278510, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Beth A. Carrig, et al., )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 3:16-3163-TMC<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed this action pursuant to 42 U.S.C. § 1983. In accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02, D.S.C., this matter was referred to a magistrate judge for pretrial handling. Before the court is the magistrate judge's Report and Recommendation ("Report"), recommending that the court summarily dismiss Plaintiff's federal claims with prejudice and without issuance and service of process. (ECF No. 8). The Report further recommends that any alleged South Carolina Freedom of Information Act claim also be dismissed without prejudice. *Id*. Plaintiff was advised of his right to file objections to the Report. (ECF No. 8 at 18). However, Plaintiff filed no objections to the Report, and the time to do so has now run.

The Report has no presumptive weight and the responsibility to make a final determination in this matter remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). In the absence of objections, this court is not required to provide an explanation for adopting the Report. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983). Rather, "in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report and the record in this case, the court adopts the magistrate judge's Report (ECF No. 8) and incorporates it herein. It is therefore **ORDERED** that Plaintiff's federal claims are summarily **DISMISSED with prejudice** and without issuance and service of process. Further, any alleged claim under the South Carolina Freedom of Information Act is **DISMISSED without prejudice.**

**IT IS SO ORDERED.**

                                                    s/Timothy M. Cain  
                                                    Timothy M. Cain  
                                                    United States District Judge

October 24, 2016  
Anderson, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.